UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendant. | Case No. 1:24-cv-12506-IT |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Electronic Order of February 25, 2025 (ECF 16), Plaintiff National Immigration Litigation Alliance (NILA) submits this status report. Undersigned counsel for Plaintiff has reached out to counsel for Defendant by both email and phone on several occasions over the last two days, without a reply. success, and therefore is filing this report solely on behalf of Plaintiff.

1.　This action involves Plaintiffs' Freedom of Information Act (FOIA) request submitted to Defendant on August 12, 2024, requesting records related to Defendant's implementation and operation of the two-track system for scheduling asylum interviews, statistics showing the number of applications filed, and Defendant's methods of recordkeeping regarding filing dates of asylum applications. The Complaint was filed on October 10, 2024. ECF 1.

2.　On November 29, 2024, Defendant filed its answer to the Complaint. ECF 8.

3.  On December 5, 2024, the Court issued a Notice of Scheduling Conference, setting deadlines in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1 and an Initial Scheduling Conference on January 2, 2025. ECF. 9.

4.  On December 10, 2024, Defendant filed, and Plaintiff assented to, a motion to amend the scheduling conference, delaying it until January 8, 2024. ECF 10.

5.  On December 11, 2024, the Court issued an Electronic Order granting Defendant's motion to amend and resetting the scheduling conference for January 8, 2025. ECF No. 12.

6.  On December 20, 2024, the Parties filed a Joint Statement pursuant to Local Rule 16.1, informing the Court that the Plaintiff was in the process of reviewing the records produced and, once such review was completed, the parties would discuss whether there are remaining issues with Defendant's search and production. ECF 13. The parties requested that the Court defer setting a briefing schedule for dispositive motions and instead schedule a further Joint Status Report for February 24, 2025. *Id.*

7.  On December 30, 2024, the Court issued an Electronic Order cancelling the scheduling conference set for January 8, 2025. ECF 14. The Court further ordered the parties to file a joint status report by February 24, 2025, informing the court of the status of Defendant's search and production of documents and any remaining issues on the matter, including, if relevant, a proposed summary-judgment briefing schedule or request for a scheduling conference. *Id*.

8.  On February 24, 2025, the parties filed a joint status report informing the court that Plaintiff had identified a limited number of outstanding issues and that the parties were engaged in discussion to attempt to resolve these issues. On February 25, 2025, the Court issued an Electronic Order (ECF 16) requiring the parties to submit another Joint Status Report by March 26, 2025.

9.  Since the last Joint Status Report, Defendant, on March 20, 2025, informed Plaintiff by email of its position with respect to the four outstanding issues identified by Plaintiff. On March 25, 2025, Plaintiff responded to Defendant by email, informing it that Plaintiff accepted Defendant's response on two of the issues and would not pursue either issue further. Plaintiff also engaged in further discussion of the remaining two issues.

10. Although Plaintiff has not yet heard back from Defendant regarding its March 25, 2025 correspondence, the parties have made progress in resolving the outstanding issues and Plaintiff believes that it may be possible to resolve the case. For that reason, Plaintiff requests that this Court schedule another joint status report for April 2, 2025, at which time the parties can jointly inform the Court of the status of the case.

Respectfully submitted,

PLAINTIFF
By its counsel,

s/ *Mary Kenney*
Mary Kenney*
Tomas Arango
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4681
mary@immigrationlitigation.org
tomas@immigrationlitigation.org

Kelly Morgan
Central West Justice Center
One Monarch Place, Suite 400
Springfield, MA 01144
(508) 425-2877

*Admitted pro hac vice

Dated: March 26, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ *Mary Kenney*  
Mary Kenney  
National Immigration Litigation Alliance

Dated: March 26, 2025