UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 1:24-cv-12506-IT |

# JOINT STATUS REPORT

Pursuant to the Court's Electronic Order of March 27, 2025 (ECF 18), Plaintiff National Immigration Litigation Alliance (NILA) and Defendant U.S. Citizenship and Immigration Services (USCIS) hereby file this joint statement.

1. This action involves Plaintiffs' Freedom of Information Act (FOIA) request submitted to Defendant on August 12, 2024, requesting records related to Defendant's implementation and operation of the two-track system for scheduling asylum interviews, statistics showing the number of applications filed, and Defendant's methods of recordkeeping regarding filing dates of asylum applications. The Complaint was filed on October 10, 2024. ECF 1.

2. On November 29, 2024, Defendant filed its answer to the Complaint. ECF 8.

3. On December 5, 2024, the Court issued a Notice of Scheduling Conference, setting deadlines in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1 and an Initial Scheduling Conference on January 2, 2025. ECF. 9.

4. On December 10, 2024, Defendant filed, and Plaintiff assented to, a motion to amend the scheduling conference, delaying it until January 8, 2024. ECF 10.

5. On December 11, 2024, the Court issued an Electronic Order granting Defendant's motion to amend and resetting the scheduling conference for January 8, 2025. ECF No. 12.

6. On December 20, 2024, the Parties filed a Joint Statement pursuant to Local Rule 16.1, informing the Court that the Plaintiff was in the process of reviewing the records produced and, once such review was completed, the parties would discuss whether there are remaining issues with Defendant's search and production. ECF 13. The parties requested that the Court defer setting a briefing schedule for dispositive motions and instead schedule a further Joint Status Report for February 24, 2025. *Id.*

7. On December 30, 2024, the Court issued an Electronic Order cancelling the scheduling conference set for January 8, 2025. ECF 14. The Court further ordered the parties to file a joint status report by February 24, 2025, informing the court of the status of Defendant's search and production of documents and any remaining issues on the matter, including, if relevant, a proposed summary-judgment briefing schedule or request for a scheduling conference. *Id*.

8. On February 24, 2025, the parties filed a joint status report informing the court that they were engaged in a discussion of outstanding issues in an effort to resolve the case. On February 25, 2025, the Court issued an Electronic Order (ECF 16) requiring the parties to submit another Joint Status Report by March 26, 2025.

9. On March 26, 2025, Plaintiff filed a status report (ECF 17) explaining that progress had been made towards resolving the outstanding issues in the case but that two issues concerning Defendant's production remained unresolved. Because Plaintiff's status report was not jointly filed, it requested that the Court schedule another joint status report for April 2, 2025, where the

parties would report on whether there was agreement to engage further in negotiations on the two outstanding issues or whether they would be recommending a summary judgment motion schedule.

10. On March 27, 2025, the Court issued an Electronic Order (ECF 18) requiring the parties to submit a joint status report by April 2, 2025.

11. Since then, the parties have conferred and resolved the two outstanding issues with respect to Defendant's production of records in response to the FOIA request. All that now remains is for the parties to confer with respect to Plaintiff's intended request for attorneys' fees, which Plaintiffs will shortly present to Defendant. Defendant reserves its right to challenge attorneys' fees.

12. Consequently, the parties request that this Court order another Joint Status Report to be filed May 29, 2025.

Respectfully submitted,

| PLAINTIFF | DEFENDANT |
|---|---|
| By its counsel, | By its counsel, |
| | |
| s/ *Mary Kenney* | LEAH B. FOLEY |
| Mary Kenney* | United States Attorney |
| Tomas Arango | |
| National Immigration Litigation Alliance | s/ *Michael Sady* |
| 10 Griggs Terrace | Michael Sady |
| Brookline, MA 02446 | Assistant U.S. Attorney |
| (617) 819-4681 | U.S. Attorney's Office |
| mary@immigrationlitigation.org | 1 Courthouse Way, Suite 9200 |
| tomas@immigrationlitigation.org | Boston, MA 02210 |
| | (617) 748-3132 |
| Kelly Morgan | michael.sady@usdoj.gov |
| Central West Justice Center | |
| One Monarch Place, Suite 400 | |
| Springfield, MA 01144 | |
| (508) 425-2877 | |

*Admitted pro hac vice

Dated: April 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  s/ *Mary Kenney*
                                                  Mary Kenney
                                                  National Immigration Litigation Alliance

Dated: April 2, 2025