UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendant. | Case No. 1:24-cv-12506-IT |

## JOINT STATUS REPORT

Pursuant to the Court's Electronic Order of March 27, 2025 (ECF 18), Plaintiff National Immigration Litigation Alliance (NILA) and Defendant U.S. Citizenship and Immigration Services (USCIS) hereby file this joint statement.

1.　This action involves Plaintiffs' Freedom of Information Act (FOIA) request submitted to Defendant on August 12, 2024, requesting records related to Defendant's implementation and operation of the two-track system for scheduling asylum interviews, statistics showing the number of applications filed, and Defendant's methods of recordkeeping regarding filing dates of asylum applications. The Complaint was filed on October 10, 2024. ECF 1.

2.　On November 29, 2024, Defendant filed its answer to the Complaint. ECF 8.

3.　On December 5, 2024, the Court issued a Notice of Scheduling Conference, setting deadlines in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1 and an Initial Scheduling Conference on January 2, 2025. ECF. 9.

4. On December 10, 2024, Defendant filed, and Plaintiff assented to, a motion to amend the scheduling conference, delaying it until January 8, 2024. ECF 10.

5. On December 11, 2024, the Court issued an Electronic Order granting Defendant's motion to amend and resetting the scheduling conference for January 8, 2025. ECF No. 12.

6. On December 20, 2024, the Parties filed a Joint Statement pursuant to Local Rule 16.1, informing the Court that the Plaintiff was in the process of reviewing the records produced and, once such review was completed, the parties would discuss whether there are remaining issues with Defendant's search and production. ECF 13. The parties requested that the Court defer setting a briefing schedule for dispositive motions and instead schedule a further Joint Status Report for February 24, 2025. *Id*.

7. On December 30, 2024, the Court issued an Electronic Order cancelling the scheduling conference set for January 8, 2025. ECF 14. The Court further ordered the parties to file a joint status report by February 24, 2025, informing the court of the status of Defendant's search and production of documents and any remaining issues on the matter, including, if relevant, a proposed summary-judgment briefing schedule or request for a scheduling conference. *Id*.

8. On February 24, 2025, the parties filed a joint status report informing the court that they were engaged in a discussion of outstanding issues in an effort to resolve the case. On February 25, 2025, the Court issued an Electronic Order (ECF 16) requiring the parties to submit another Joint Status Report by March 26, 2025.

9. On March 26, 2025, Plaintiff filed a status report (ECF 17) explaining that progress had been made towards resolving the outstanding issues in the case but that two issues concerning Defendant's production remained unresolved. Because Plaintiff's status report was not jointly filed, it requested that the Court schedule another joint status report for April 2, 2025, where the

parties would report on whether there was agreement to engage further in negotiations on the two outstanding issues or whether they would be recommending a summary judgment motion schedule.

10. Following this Court's March 27, 2025 Order (ECF 18), the parties submitted a status report on April 2, 2025, informing the Court that agreement had been reached with respect to outstanding issues regarding the FOIA request and all that remained was is for the parties to confer with respect to Plaintiff's intended request for attorneys' fees. The Court ordered the parties to submit a joint status report by May 29, 2025 (ECF 20).

11. The parties have reached a settlement. The parties will file a stipulation of dismissal, with prejudice, upon the execution of the Settlement Agreement and the payment of fees agreed to by the parties.

Respectfully submitted,

| PLAINTIFF<br>By its counsel, | DEFENDANT<br>By its counsel, |
|---|---|
| s/ *Mary Kenney*<br>Mary Kenney*<br>Tomas Arango<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4681<br>mary@immigrationlitigation.org<br>tomas@immigrationlitigation.org<br><br>Kelly Morgan<br>Central West Justice Center<br>One Monarch Place, Suite 400<br>Springfield, MA 01144<br>(508) 425-2877 | LEAH B. FOLEY<br>United States Attorney<br><br>s/ *Michael Sady*<br>Michael Sady<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3132<br>michael.sady@usdoj.gov |

*Admitted pro hac vice

Dated: May 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      s/ *Mary Kenney*
                                                     Mary Kenney
                                                     National Immigration Litigation Alliance

Dated: May 29, 2025