**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NATIONAL IMMIGRATION LITIGATION ALLIANCE,**<br><br>**Plaintiff,**<br>**v.**<br><br>**U.S. CITIZENSHIP and IMMIGRATION SERVICES,**<br><br>**Defendant.** | **Civil Action No. 1:24-cv-12506-IT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter. Plaintiff National Immigration Litigation Alliance waives any right to appeal this dismissal. The dismissal shall be effective upon filing of this joint stipulation.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

*/s/ Mary Kenney*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4681
mary@immigrationlitigation.org

Kelly Morgan
Central West Justice Center
One Monarch Place, Suite 400
Springfield, MA 01144
508-425-2877
kmorgan@cwjustice.org

**Admitted pro hac vice*

COUNSEL FOR DEFENDANT

LEAH B. FOLEY
United States Attorney

*/s/ Michael Sady*
Michael Sady
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Michael.sady@usdoj.gov

Dated: July 23, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ *Mary Kenney*
Mary Kenney
National Immigration Litigation Alliance

Dated: July 23, 2025